```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

STACEY MERCER, an individual,

                          Plaintiff,

    -against-

BCRV COPRORATION *d/b/a*
Chateau Valley Forge,
a Pennsylvania corporation,

                         Defendant.

----------------------------------------------------------------X

21-CV-2491 (PAE) (KHP)

**ORDER ADJOURNING INITIAL
CASE MANAGEMENT**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Stipulation of Voluntary Dismissal filed on April 13, 2021 (doc. no 8) the Initial Case Management Conference currently scheduled for **June 22, 2021** is hereby adjourned *sine die*.

    SO ORDERED.

DATED:    New York, New York
               April 14, 2021

                                                      _____
                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge